IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02591-WYD-MJW (consolidated with 13-cv-02592-WYD-KLM)

JOAN M. POLITTE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF C0NSOLIDATION

    THIS MATTER is before the Court in connection with the Order to Show Cause issued on November 7, 2013, in this case, *Joan M. Politte v. United States of America*, Civil Action No. 13-cv-02591-WYD-MJW, and in the related case of *Robert A. Politte v. United States of America*, Civil Action No. 13-cv-02592-WYD-KLM.  The Order to Show notes that as the cases involve common questions of law and fact, consolidation of the cases may be appropriate under Fed. R. Civ. P.42(a).  It then directs the parties to show cause on or before November 18, 2013, as to why the two cases should not be consolidated.

    The Order to Show Cause states that if the parties do not respond to the Order, an Order of Consolidation shall be issued without further notice.  Neither party responded to the Order to Show Cause.  Accordingly, I find that the two cases should be consolidated.  It is therefore

ORDERED that this case, *Joan M. Politte v. United States of America*, Civil Action No. 13-cv-02591-WYD-MJW, and *Robert A. Politte v. United States of America*, Civil Action No. 13-cv-02592-WYD-KLM are consolidated for all further purposes. It is

FURTHER ORDERED that as of the date of this Order, all pleadings and other filings shall be filed in Civil Action No. 13-cv-02591-WYD-MJW, using the caption appearing in this Order. It is

FURTHER ORDERED that Civil Action No. 13-cv-02592 shall hereafter be referred to the magistrate judge assigned to the lowest case, in this case Magistrate Judge Watanabe. Finally, it is

ORDERED that the clerk of court shall docket this Order in *Robert A. Politte v. United States of America*, Civil Action No. 13-cv-02592-WYD-KLM.

Dated:  December 13, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge