IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02591-WYD-MJW (consolidated with 13-cv-02592-WYD-KLM)

JOAN M. POLITTE and
ROBERT A. POLITTE,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiffs' Unopposed Motion to Modify the Scheduling Order (Docket No. 34) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 29) is amended to extend the disclosure of expert witnesses to on or before June 23, 2014, and the disclosure of rebuttal expert witnesses to on or before July 23, 2014.

Date: June 16, 2014