IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02591-WYD-MJW (consolidated with 13-cv-02592-WYD-KLM)

JOAN M. POLITTE and
ROBERT A. POLITTE,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiffs' Motion for Leave to Designate One Additional Expert Witness (Docket No. 37) is GRANTED finding good cause shown. The court notes that pursuant to D.C.COLO.LCivR 7.1(d), it may rule on a motion at any time after it is filed. Accordingly, the Scheduling Order (Docket No. 29) is amended insofar as each side shall be permitted four (4) expert witnesses.

Date: June 24, 2014