IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02591-WYD-MJW (consolidated with 13-cv-02592-WYD-KLM)

JOAN M. POLITTE and
ROBERT A. POLITTE,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Joint Motion for Stay or, in the Alternative, to Extend all Unexpired Case Deadlines by Six Months (Docket No. 47) is granted as follows.

      This case is STAYED until further order of the court.  The parties shall forthwith advise the court when there has been a ruling by the Ninth Circuit Court of Appeals in Politte v. United States of America, No. 12-55927, 12-55928, 12-55929.  This Order shall not prevent the parties from taking a preservation deposition of plaintiff Robert A. Politte should it become necessary to do so while the case is stayed.  It is further

      ORDERED that a Telephone Status Conference shall be held on October 7, 2014, at 9:00 a.m.  Plaintiffs' counsel shall initiate the conference call, and once all counsel are on the line shall then call the court at (303) 844-2403.

Date: August 4, 2014